# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN MIGLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES JOSEPH "TED" MELLON,<br><br>    Defendant. | CASE NO.:   2:08-CV-01013-LRH-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** ; ORDER<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Marilyn Miglin and Defendant James Joseph "Ted" Mellon, through their respective counsel, that Plaintiff Marilyn Miglin shall be granted to and including May 4, 2009, to file an Opposition to Defendant's Motion to Dismiss.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500   Fax: (702) 699-7555

There have been no previous requests or stipulations by and between the parties in this regard.

DATED this ___21st_____ day of April, 2009.

| COGBURN LAW OFFICES | JOLLEY URGA WIRTH WOODBURY & STANDISH |
|---|---|
| By: __/s/ Jamie S. Cogburn__<br>JAMIE S. COGBURN, ESQ.<br>Nevada Bar No. 8409<br>170 South Green Valley Parkway #280<br>Henderson, Nevada 89102<br>Attorneys for Defendant | By: __/s/ Mindy C. Fisher__<br>WILLIAM R. URGA, ESQ.<br>Nevada Bar No. 1195<br>MINDY C. FISHER, ESQ.<br>Nevada Bar No. 11121<br>3800 Howard Hughes Pkwy., #1600<br>Las Vegas, Nevada 89169<br>Attorneys for Plaintiff |

### ORDER

IT IS SO ORDERED.

DATED this 22nd day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE